IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. CASEY ROBIN KAZIMI, Defendant. | CR 20-09-H-BMM FINAL ORDER OF FORFEITURE |

This matter comes before the Court on the United States' Motion for Final Order of Forfeiture. Having reviewed said motion, the Court FINDS:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. §§ 853 and 881;

2. A Preliminary Order of Forfeiture was entered on October 20, 2020;

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. § 924(d) and 21 U.S.C. § 853(n)(1);

4. There appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d) and 21 U.S.C. §§ 853 and 881;

It is therefore ORDERED, DECREED, AND ADJUDGED that:

1. The Motion for Final Order of Forfeiture is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. §§ 853 and 881, free from the claims of any other party:

- Hi-Point Firearms, Model C9, 9mm caliber semi-automatic pistol, s/n: P1832885;
- Bryco Arms, Jennings Nine model, 9mm caliber semi-automatic pistol, s/n: obliterated;
- Taurus, Millennium G2 PT111 G2 model, 9mm caliber semi-automatic pistol, s/n: TK076961;
- Forty-four (44) rounds of ammunition; and
- Approximately 21 grams of Methamphetamine.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

Dated this 6th day of January, 2021.

_____
Brian Morris, Chief District Judge
United States District Court